UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL CASE NO. 3:05-CR-128 |
| | ) JUDGE PHILLIPS/GUYTON |
| JASON FOSTER | ) |

**ORDER**

On the petition of the United States of America by James R. Dedrick, Acting United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Jefferson County Jail, Dandridge, Tennessee, to bring Jason Foster before this Court in Knoxville, Tennessee, on the 29th day of March, 2006 at 1:00 p.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Sheriff, Jefferson County Jail, Dandridge, Tennessee.

And it is further ordered that, in the event the Sheriff, Jefferson County Jail, Dandridge, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Jason Foster, into his custody

and transport him to and from said Jefferson County Jail, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

_Thomas H. Phillips_
United States District Court Judge